UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:12-cv-00708 —D

KATHARINE ROYAL,
an individual,

    Plaintiff,

vs.

VILLAGE AT KINWOOD, LLC,

    Defendant.

CLERK'S DEFAULT

## CLERK'S DEFAULT

A default is entered against Defendant, Village at Kinwood, LLC, for failure to timely file a responsive pleading.

DONE and ORDERED this the 4th day of September 2013.

_____
Clerk, United States District Court
Eastern District of North Carolina
Western Division