UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-00708

| | | |
|---|---|---|
| KATHARINE ROYAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING DEFENDANT'S** |
| v. | ) | **MOTION TO SET ASIDE ENTRY OF** |
| | ) | **DEFAULT** |
| VILLAGE AT KINWOOD, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

THIS CAUSE came before the undersigned Chief Judge of the United States District Court for the Eastern District of North Carolina upon Defendant's Motion to Set Aside Entry of Default. After reviewing the evidence submitted by Defendant and the arguments of counsel, the Court finds that good cause exists to set aside the Entry of Default against Defendant Village at Kinwood, LLC.

NOW, THEREFORE, it is hereby ORDERED that the Entry of Default against Defendant Village at Kinwood, LLC is hereby set aside and Defendant Village at Kinwood, LLC has until ~~January 16, 2013~~ **February 21, 2014,** to submit an answer to Plaintiff's Amended Complaint.

So Ordered this **31** day of **January** 2013.

Chief Judge James C. Dever, III
United States District Court for the
Eastern District of North Carolina